UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE W. SHUFELT,<br><br>   Plaintiff,<br><br>   v.<br><br>LINDA DAVIS, et al.,<br><br>   Defendants. | No. ED CV 07-1188-PA (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Defendants' motion to dismiss is denied.
3. The clerk shall serve this order on all counsel or parties of record.

DATED: January 22, 2009

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE