UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GEORGE W. SHUFELT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINDA DAVIS, et al.,<br><br>　　　　Defendants. | No. ED CV 07-1188-PA (PLA)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATION<br>OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Magistrate Judge's Second Report and Recommendation, and plaintiff's Objections thereto. The Court agrees with the recommendations of the Magistrate Judge.

　　ACCORDINGLY, IT IS ORDERED:

　　1.　　The Report and Recommendation is adopted.

　　2.　　Defendants' Motion for Summary Judgment is granted.

　　3.　　The action is dismissed with prejudice.

　　4.　　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 21, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE