# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE W. SHUFELT, | ) | No. ED CV 07-1188-PA (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| LINDA DAVIS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

DATED: December 21, 2010

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE